# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CRIMINAL ACTION NO. 3:20-CR-00441-GCM-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | **ORDER** |
| ANTONIO HARRISON, | |
| Defendant. | |

**THIS MATTER** comes before the Court on the Government's Motion to Dismiss (ECF No. 49). Defendant Antonio Harrison was tried before a jury from March 7, 2022 to March 9, 2022. The jury deadlocked during deliberations, resulting in a mistrial. The government now asks to dismiss the Bill of Indictment, citing the result of the trial, the "strong possibility" of another mistrial in the event that the case is re-tried, and judicial economy. The Court will grant the motion.

**IT IS THEREFORE ORDERED** that the Motion to Dismiss (ECF No. 49) is **GRANTED**. The Bill of Indictment (ECF No. 3) is **DISMISSED**, and the Clerk is directed to **CLOSE** the case.

**SO ORDERED**.

Signed: March 14, 2022

Graham C. Mullen
United States District Judge